# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:15-CR-00028-10 |
| v. | (Judge Brann) |
| DAVID WESLEY ASHBY, | |
| Defendant. | |

# ORDER

### AUGUST 12, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Ashby's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 573) is **DENIED**; and

2. Ashby's motion to appoint counsel (Doc. 578) is **DENIED** as moot.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge